

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jose De Jesus Munoz, <br><br> Defendant. | Case No.  CR 14-491-SVW <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On August 7, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this case. Deputy Federal Public Defender ("DFPD") Summer Lacey was appointed to represent Defendant; DFPD Pedro Castillo was appointed to represent Defendant for the initial appearance.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. Defendant has submitted to the recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ unverified background information regarding community ties, residence or employment

☒ allegations in the petition and current violation status

☒ no known bail resources

☒ prior revocation of supervised release

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history

☒ allegations in the violation petition include sustaining a conviction for drug trafficking while on supervised release.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 7, 2017

                                                /s/
                                    ALKA SAGAR
                                UNITED STATES MAGISTRATE JUDGE